**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| IN RE:<br>Jason Ruiz<br><br>Debtor | Case No.: 24-06824<br><br>Chapter: 13<br><br>Judge Donald R. Cassling |

**NOTICE OF DEFAULT AND MODIFICATION OF STAY WITH CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on 3/13/2025 this Court entered an Order conditioning the automatic stay. On 10/07/2025, in accordance with that Order, Codilis & Associates, P.C. filed and served a Notice of Default with Certificate of Service. The deadline to cure the default as set forth in the Notice of Default has expired and the default has not been cured.

**THE AUTOMATIC STAY** with respect to the property commonly known as 3222 N Oketo Ave, Chicago, IL 60634 is terminated in favor of Citizens Bank NA f/k/a RBS Citizens NA, its principals, agents, successors, and/or assigns, effective immediately.

**NOTICE TO THE STANDING TRUSTEE:** No further payments are to be distributed to Citizens Bank NA f/k/a RBS Citizens NA on its Proof of Claim.

**PROOF OF SERVICE AND CERTIFICATION**

I hereby certify that I have served a copy of this Notice to the below, as to the Trustee and Debtor's attorney via electronic notice on 10/28/2025 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid on 10/28/2025.

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Jason Ruiz, Debtor, 3222 N Oketo Ave, Chicago, IL 60634
David H Cutler, Attorney for Debtor, 4131 Main St., Skokie, IL 60076 by electronic notice through ECF
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Michael Kelleher
Attorney for Creditor

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-24-03087
NOTE: This law firm is a debt collector.